United States Bankruptcy Court
District of Nevada

In re:  Case No. 22-11674-abl
TIMOTHY GOMER PARRY, JR.  Chapter 7
BRANDY ISABEL PARRY
   Debtors

# CERTIFICATE OF NOTICE

District/off: 0978-2     User: admin     Page 1 of 4
Date Rcvd: Aug 16, 2022     Form ID: 318     Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | TIMOTHY GOMER PARRY, JR., BRANDY ISABEL PARRY, 280 RIVERSIDE RD APT 3D, MESQUITE, NV 89027-5917 |
| aty | + | MARK COBURN, LEGAL SERVICES, 732 S. 6TH STREET #202, LAS VEGAS, NV 89101-6928 |
| 11703602 | + | APG Financial, Acct No xxxxxxxxxxxxx3114, Attn: Bankruptcy, 3899 S. Redwood Rd, Salt Lake City, UT 84119-4733 |
| 11703603 | + | Apg Financial, Acct No xxxxxxxxxxxxxxx8213, Attn: Bankruptcy, 3899 S. Redwood Rd, Salt Lake City, UT 84119-4733 |
| 11703621 | + | Gentry Financial Group, LLC, Acct No xxxx8887, Attn: Bankruptcy, 4297 Kinsey Drive, Tyler, TX 75703-1004 |
| 11703626 | + | NHCash.com, LLC, Acct No x7516, Attn: Bankruptcy, 169 South River Road, Suite #19, Bedford, NH 03110-6934 |
| 11703609 | ++ | THE EQUITABLE FINANCE COMPANY, 3226 WASHINGTON BLVD, OGDEN UT 84401-3913 address filed with court:, Equitable Finance Co, Acct No xxxxx4235, Attn: Bankruptcy, 2455 Se Tualatin Valley Hwy, Hillsboro, OR 97123 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BSDKROHN.COM | Aug 17 2022 04:08:00 | SHELLEY D KROHN, PO Box 34690, LAS VEGAS, NV 89133-4690 |
| ust | + | Email/Text: USTPRegion17.LV.ECF@usdoj.gov | Aug 17 2022 00:07:00 | U.S. TRUSTEE - LV - 7, 300 LAS VEGAS BOULEVARD, SO., SUITE 4300, LAS VEGAS, NV 89101-5803 |
| 11703601 | + | Email/Text: bankruptcynotices@aarons.com | Aug 17 2022 00:07:00 | Aaron's Sales & Lease, Acct No xxxx7801, Attn: Bankruptcy, Po Box 100039, Kennesaw, GA 30156-9239 |
| 11750257 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 17 2022 00:18:51 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 11703604 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Aug 17 2022 00:07:00 | Caine & Weiner, Acct No xxxx5702, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 11703605 | ^ | MEBN | Aug 17 2022 00:04:27 | Chimef/str, Acct No xxxxxxxx2644, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 11703606 | + | EDI: WFNNB.COM | Aug 17 2022 04:08:00 | Comenity Bank/Lane Bryant, Acct No xxxxxxxxxxxx5204, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 11703607 | + | Email/Text: bankruptcy@credencerm.com | Aug 17 2022 00:07:00 | Credence Resource Management, LLC, Acct No xxxxx5690, Attn: Bankruptcy, 4222 Trinity Mills Road Suite 260, Dallas, TX 75287-7666 |
| 11703608 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 17 2022 00:18:43 | Credit One Bank, Acct No xxxxxxxxxxxx3657, |

| District/off: 0978-2 | | User: admin | | Page 2 of 4 |
|---|---|---|---|---|
| Date Rcvd: Aug 16, 2022 | | Form ID: 318 | | Total Noticed: 47 |

| Recip ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 11703610 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Aug 17 2022 00:18:43 | Exeter Finance LLC, Acct No xxxxxxxxxxxxx1001, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016-6008 |
| 11703614 | + | Email/Text: bncnotifications@pheaa.org | Aug 17 2022 00:07:00 | Fedloan, Acct No xxxxxxxxxxxxx0001, FedLoan Servicing, Po Box 69184, Harrisburg, PA 17106-9184 |
| 11703613 | + | Email/Text: bncnotifications@pheaa.org | Aug 17 2022 00:07:00 | Fedloan, Acct No xxxxxxxxxxxxx0002, FedLoan Servicing, Po Box 69184, Harrisburg, PA 17106-9184 |
| 11703611 | + | Email/Text: bncnotifications@pheaa.org | Aug 17 2022 00:07:00 | Fedloan, Acct No xxxxxxxxxxxxx0003, FedLoan Servicing, Po Box 69184, Harrisburg, PA 17106-9184 |
| 11703612 | + | Email/Text: bncnotifications@pheaa.org | Aug 17 2022 00:07:00 | Fedloan, Acct No xxxxxxxxxxxxx0004, FedLoan Servicing, Po Box 69184, Harrisburg, PA 17106-9184 |
| 11703616 | + | Email/Text: bncnotifications@pheaa.org | Aug 17 2022 00:07:00 | Fedloan, Acct No xxxxxxxxxxxxx0005, FedLoan Servicing, Po Box 69184, Harrisburg, PA 17106-9184 |
| 11703617 | + | Email/Text: bncnotifications@pheaa.org | Aug 17 2022 00:07:00 | Fedloan, Acct No xxxxxxxxxxxxx0006, FedLoan Servicing, Po Box 69184, Harrisburg, PA 17106-9184 |
| 11703615 | + | Email/Text: bncnotifications@pheaa.org | Aug 17 2022 00:07:00 | Fedloan, Acct No xxxxxxxxxxxxx0009, FedLoan Servicing, Po Box 69184, Harrisburg, PA 17106-9184 |
| 11703618 | + | EDI: BLUESTEM | Aug 17 2022 04:08:00 | Fingerhut, Acct No xxxxxxxxxxxx5524, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 11703619 | + | EDI: AMINFOFP.COM | Aug 17 2022 04:08:00 | First Premier Bank, Acct No xxxxxxxxxxxx1384, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 11703620 | + | EDI: AMINFOFP.COM | Aug 17 2022 04:08:00 | First Premier Bank, Acct No xxxxxxxxxxxx2307, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 11703622 | | Email/Text: bankruptcy@glsllc.com | Aug 17 2022 00:06:00 | Global Lending Services LLC, Acct No xxxxxx7551, Attn: Bankruptcy, Po Box 10437, Greenville, SC 29603 |
| 11703623 | + | Email/Text: HWIBankruptcy@hunterwarfield.com | Aug 17 2022 00:07:00 | Hunter Warfield, Acct No xxx4797, Attention: Bankruptcy, 4620 Woodland Corporate Blvd, Tampa, FL 33614-2415 |
| 11738846 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 17 2022 00:18:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 11703625 | + | Email/Text: wendy@mountainlandcollections.com | Aug 17 2022 00:07:00 | Mountain Land Collections, Inc., Acct No xxxxxxxxxxx7950, Attn: Bankruptcy, Po Box 1280, American Fork, UT 84003-6280 |
| 11703624 | + | Email/Text: wendy@mountainlandcollections.com | Aug 17 2022 00:07:00 | Mountain Land Collections, Inc., Acct No xxxxxxxxxxx2284, Attn: Bankruptcy, Po Box 1280, American Fork, UT 84003-6280 |
| 11703626 | ^ | MEBN | Aug 17 2022 00:04:39 | NHCash.com, LLC, Acct No x7516, Attn: Bankruptcy, 169 South River Road, Suite #19, Bedford, NH 03110-6934 |
| 11738845 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 17 2022 00:18:44 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 11747647 | + | EDI: JEFFERSONCAP.COM | Aug 17 2022 04:08:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |

| District/off: 0978-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 16, 2022 | Form ID: 318 | Total Noticed: 47 |

| Recip ID | Bypass/Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| 11703627 | Email/Text: rcwilley.bankruptcy@rcwilley.com | Aug 17 2022 00:07:00 | RC Willey Home Furnishings, Acct No xxx7133, Attn: Bankruptcy, 2301 South 300 West, Salt Lake City, UT 84115 |
| 11703628 | + Email/PDF: resurgentbknotifications@resurgent.com | Aug 17 2022 00:18:51 | Resurgent Capital Services, Acct No xxxxxxxxxxxx5524, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 11703631 | + Email/Text: Bankruptcy.Noticing@Security-Finance.com | Aug 17 2022 00:07:00 | Security Finance, Acct No xxxxx1028, Attn: Centralized Bankruptcy, Po Box 1893, Spartanburg, SC 29304-1893 |
| 11703630 | + Email/Text: Bankruptcy.Noticing@Security-Finance.com | Aug 17 2022 00:07:00 | Security Finance, Acct No xxxxx7359, Attn: Centralized Bankruptcy, Po Box 1893, Spartanburg, SC 29304-1893 |
| 11703632 | + Email/Text: banko@acsnv.com | Aug 17 2022 00:07:00 | Sentry Recovery & Collections, Acct No xxxxx5801, Attn: Bankruptcy, 3080 S Durango Dr, Ste 203, Las Vegas, NV 89117-9194 |
| 11703633 | + Email/Text: bankruptcy@silverstatecu.com | Aug 17 2022 00:07:00 | Silver State Schools CU, Acct No xxxxxx0001, 630 Trade Center Dr, Las Vegas, NV 89119-3712 |
| 11740325 | Email/Text: bankruptcy@silverstatecu.com | Aug 17 2022 00:07:00 | Silver State Schools Credit Union, P O BOX 12037, Las Vegas, NV 89112-0037 |
| 11751190 | EDI: AIS.COM | Aug 17 2022 04:08:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 11703635 | + EDI: COMCASTCBLCENT | Aug 17 2022 04:08:00 | Telecom Self-reported, Acct No xxxxxxxxxxxxxxxxxxxxxxxxx9FB3, Po Box 4500, Allen, TX 75013-1311 |
| 11703634 | + EDI: COMCASTCBLCENT | Aug 17 2022 04:08:00 | Telecom Self-reported, Acct No xxxxxxxxxxxxxxxxxxxxxxxxx181F, Po Box 4500, Allen, TX 75013-1311 |
| 11752395 | + Email/Text: louis@tributecap.com | Aug 17 2022 00:07:00 | Tribute Acquisitions LLC, P.O. Box 167762, Irving, TX 75016-7762 |
| 11703636 | ^ MEBN | Aug 17 2022 00:04:17 | Utility Self-reported, Acct No xxxxxxxxxxxxxxxxxxxxxxxxx4ABE, Po Box 4500, Allen, TX 75013-1311 |
| 11703637 | + Email/PDF: bk@worldacceptance.com | Aug 17 2022 00:18:43 | World Finance, Acct No xxxxxxxx7201, Attn: Bankruptcy, Po Box 6429, Greenville, SC 29606-6429 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 11703629 | ##+ | Royal Management, Acct No xxxxx1189, Royal Management, Po Box 1947, Boerne, TX 78006-6947 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0978-2 | User: admin | Page 4 of 4
Date Rcvd: Aug 16, 2022 | Form ID: 318 | Total Noticed: 47

Date: Aug 18, 2022           Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| MARK COBURN | on behalf of Joint Debtor BRANDY ISABEL PARRY bk@halfpricelawyers.com |
| MARK COBURN | on behalf of Debtor TIMOTHY GOMER PARRY JR. bk@halfpricelawyers.com |
| SHELLEY D KROHN | shelley@trusteekrohn.com NV27@ecfcbis.com;becca@trusteekrohn.com;candace@trusteekrohn.com |
| U.S. TRUSTEE - LV - 7 | USTPRegion17.LV.ECF@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | TIMOTHY GOMER PARRY JR. <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8669 <br> EIN   __-_____ |
| Debtor 2 <br> (Spouse, if filing) | BRANDY ISABEL PARRY <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5634 <br> EIN   __-_____ |
| United States Bankruptcy Court   District of Nevada | | |
| Case number:   22–11674–abl | | |

# Order of Discharge                                                                 12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

TIMOTHY GOMER PARRY JR.                    BRANDY ISABEL PARRY

<u>8/16/22</u>                                           **By the court:**   <u>AUGUST B. LANDIS</u>
                                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**