NVB 3022 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–22–11674–abl |
| TIMOTHY GOMER PARRY JR. | CHAPTER 7 |
| BRANDY ISABEL PARRY | |
| Debtor(s) | FINAL DECREE |

The estate of the debtor(s) having been fully administered,

**IT IS ORDERED** that SHELLEY D KROHN is discharged as trustee of the estate.

This Chapter 7 case is closed.

Dated: 12/14/23

*Mary A Schott*

Mary A. Schott
Clerk of Court